E-FILED
Friday, 02 October, 2020  03:15:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH LAUFER, Individually, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-CV-3149 |
| ) | |
| Q ILL DEVELOPMENT LLC d/b/a EAGLES ) | |
| NEST HOTEL, an Illinois Limited Liability ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO STRIKE PLAINTIFF'S SUBMISSION
## OF SUPPLEMENTAL AUTHORITY

Comes now Defendant, Q ILL Development LLC d/b/a Eagles Nest Hotel, an Illinois Limited Liability Company ("Defendant"), by its attorneys, Schmiedeskamp Robertson Neu & Mitchell LLP, and for its Motion to Strike Plaintiff's submission of supplemental authority dated September 29, 2020 hereby states as follows:

1.     Plaintiff Deborah Laufer ("Plaintiff") filed her Complaint on June 16, 2020 (Document #1).

2.     Defendant its Motion to Dismiss Plaintiff's Complaint and Memorandum in Support of its Motion to Dismiss on August 12, 2020. (Documents #8 and 9).

3.     Plaintiff filed her Memorandum in Opposition to Defendant's Motion to Dismiss on August 20, 2020. (Document #11).

4.     Plaintiff filed a Supplemental Authority on September 29, 2020. (Document #13)

5.     Under Local Rule 7.1, no reply to the Response on a Motion to Dismiss is permitted without leave of Court.  (See Central District of Illinois Local Rule 7.1(b3)).

4838-5398-8035, v. 1

6.     In addition, the Central District of Illinois does not allow ex parte communications between litigants and the Court without properly identifying the communication as such. (See Central District of Illinois Local Rule 49.9(c)).

7.     In this instance, the Plaintiff, through counsel, submitted legal authority regarding the issues contained in Defendant's Motion to Dismiss without any notice to the Defendant or without obtaining leave from the Court.

8.     Defendant requests Plaintiff's submission of Supplemental Authority be stricken as it did not conform to the local rules of this Court.

WHEREFORE, Defendant, Q ILL Development LLC d/b/a Eagles Nest Hotel, an Illinois Limited Liability Company, requests this Court strike Plaintiff's submission of Supplemental Authority and ask it not be considered by the Court in deciding the Motion to Dismiss.

By: /S/ *Daniel M. McCleery*
Daniel M. McCleery; #6321087
Schmiedeskamp Robertson Neu & Mitchell LLP
Attorneys for Defendant Q ILL Development LLC
d/b/a Eagles Nest Hotel, an Illinois Limited Liability
Company
525 Jersey
Quincy, IL 62301
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: dmccleery@srnm.com

4838-5398-8035, v. 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kimberly A. Corkill      kimberlyatlaw@gmail.com
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

By: /S/ *Daniel M. McCleery*
Daniel M. McCleery; #6321087

4838-5398-8035, v. 1