# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

**DEBORAH LAUFER, Individually,**

      **Plaintiff ,**

v.

**Q ILL DEVELOPMENT LLC d/b/a**
**EAGLES NEST HOTEL, an Illinois Limited**
**Liability Company,**

      **Defendant.**

Case No.: 3:20-cv-03149-SEM-TSH

_____

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE

Plaintiff, by and through undersigned counsel, respectfully submits this Response to Defendant's Motion to Strike Plaintiff's submission of supplemental authority, and hereby states as follows:

1.  On October 2, 2020, Defendant Q ILL DEVELOPMENT LLC filed a Motion to Strike Plaintiff's submission of supplemental authority, DE 13, dated September 29, 2020. DE 14.

2.  In support thereof, Defendant argues that Plaintiff violated Central District of Illinois Local Rule 7.1(b)(3), which requires leave of Court to file a reply to the Response on a Motion to Dismiss.

3.  However, Local Rule 7.1(b)(3) does not apply here as Plaintiff did not file a reply but rather a Notice of Supplemental Authority, which does not fall within the purview of this rule.

4.  Defendant also argues that Plaintiff violated Local Rule 49.9(c) which does not allow ex parte communications between litigants and the Court without properly identifying the communication as such.

5.   As Local Rule 49.9(c) applies to criminal cases, not civil cases, it has no applicability here.

6.   Finally, Plaintiff's supplemental filing merely directs the Court's attention to legal authority that was not available at the time that Plaintiff filed her response to Defendant's Motion to Dismiss.

WHEREAS Plaintiff respectfully requests that this Court enter an Order deny Defendant's Motion to Strike Plaintiff's Notice of Supplemental Authority, and for any other relief the Court deems appropriate.

Respectfully submitted,

By: /s/ Kimberly A. Corkill, Esq.

Kimberly A. Corkill, Of Counsel
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
ph. 850-375-3475
fx 877-828-4446
kimberlyatlaw@gmail.com
Florida Bar Id. No. 84942

Thomas B. Bacon, Esq.
Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (850)375-3475
kimberlyatlaw@gmail.com
Florida Bar. Id. No. 139262

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this October 6, 2020.

By: /s/ Kimberly Corkill