**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

**DEBORAH LAUFER,**
      **Plaintiff,**
v.                                                 Case No: 3:20-cv-3149

**Q ILL DEVELOPMENT, LLC**
**dba EAGLES NEST HOTEL,**
      **Defendant.**

**JOINT NOTICE OF VOLUNTARY DISMISSAL OF CASE WITH PREJUDICE**

    Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| */s/ Kimberly A. Corkill* | /s/ Daniel M. McCleery |
| Kimberly A. Corkill, Of Counsel | Daniel M. McCleery; #6321087 |
| Thomas B. Bacon, P.A. | Schmiedeskamp Robertson Neu & Mitchell LLP |
| 644 North Mc Donald St. | 525 Jersey |
| Mt. Dora, FL 32757 | Quincy, IL 62301 |
| ph. (954) 478-7811 | Telephone: (217) 223-3030 |
| kimberlyatlaw@gmail.com | Facsimile: (217) 223-1005 |
| Florida Bar. Id. No. 84942 | E-mail: dmccleery@srnm.com |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

    I hereby certify that April 22, 2021 I filed the foregoing using the Clerk of Court's CM/ECF e-filing system, which will serve all counsel of record electronically.

                                          /s/*Kimberly A. Corkill*
                                            Attorney